Jeffrey Brownson
Idaho State Bar No. 7474
LAW OFFICE OF JEFFREY BROWNSON
223 North 6th Street, Suite 215
Boise, Idaho 83702
(208) 342-5800
(208) 437-8041 (fax)
jb@jeffreybrownsonlaw.com

Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ENRICO MICHAEL PONZO, a/k/a "Jay Shaw",<br><br>　　　　　Defendant. | CASE NO. CR-12-0035-S-EJL<br><br>**DEFENDANT ENRICO M. PONZO'S MOTION TO SUPPRESS AND FOR EVIDENTIARY HEARING UNDER** *FRANKS V. DELAWARE* |

　　　　Defendant Enrico M. Ponzo, through his attorney, moves the Court for its Order suppressing as evidence against him in all criminal prosecutions the fruits of unlawful searches of his residence at 6107 Hogg Road, Marsing, Idaho.  This motion is made pursuant to the Fourth Amendment of the United States Constitution and is supported by the memorandum of counsel contemporaneously filed.

　　　　Mr. Ponzo requests that a hearing pursuant to *Franks v. Deleware*, 438 U.S. 154 (1978) be scheduled at a time convenient to the Court and both parties.

1 •　　DEFENDANT ENRICO M. PONZO'S MOTION TO SUPPRESS AND FOR EVIDENTIARY HEARING UNDER *FRANKS V. DELAWARE*

DATED this 21st day of August 2015.

/s/ Jeffrey Brownson

2 • DEFENDANT ENRICO M. PONZO'S MOTION TO SUPPRESS AND FOR EVIDENTIARY HEARING UNDER *FRANKS V. DELAWARE*

CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of August 2015, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Christian S. Nafzger
    Assistant United States Attorney
    Office of the United States Attorney
    Washington Group Plaza, IV
    800 East Park Blvd., Ste. 600
    Boise, ID 83712
    christian.nafzger@usdoj.gov

                                                              /s/ Jeffrey Brownson