Jeffrey Brownson
Idaho State Bar No. 7474
LAW OFFICE OF JEFFREY BROWNSON
223 North 6th Street, Suite 215
Boise, Idaho 83702
(208) 342-5800
(208) 437-8041 (fax)
jb@jeffreybrownsonlaw.com

Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ENRICO MICHAEL PONZO, a/k/a "Jay Shaw",<br><br>        Defendant. | CASE NO. CR-12-0035-S-EJL<br><br>**DECLARATION OF JEFFREY BROWNSON IN SUPPORT OF DEFENDANT ENRICO M. PONZO'S MOTION TO SUPPRESS** |

1. I am an attorney, duly licensed to practice law in the State of Idaho.  I am counsel of record for the Defendant Enrico Michael Ponzo, having been appointed on September 8, 2014 to represent Mr. Ponzo pursuant to the Criminal Justice Act.  I make the statements contained in this Declaration based on my own personal observations.

2. I make this Declaration in support of the contemporaneously filed Defendant Enrico M. Ponzo's Motion to Suppress.

1 •   DECLARATION OF JEFFREY BROWNSON IN SUPPORT OF DEFENDANT
ENRICO M. PONZO'S MOTION TO SUPPRESS

3. Attached hereto as **Exhibit A**, marked with Bates number PONZO - 00002 through PONZO - 00013, is a true and correct copy of the February 8, 2011 Affidavit of Special Agent Douglas S. Hart in support of an application to conduct a search of the residence located at 6107 Hogg Road, Marsing, Idaho.

4. Attached hereto as **Exhibit B**, marked with Bates number PONZO_ID-000175, is a true and correct copy of FBI Agents Greg Knapp and Greg Roberts Federal Bureau of Investigation report regarding information obtained on January 31, 2011.

5. Attached hereto as **Exhibit C**, marked with Bates number PONZO_ID000349, is a true and correct copy of an exterior pre-search photograph taken of 6107 Hogg Road in Marsing, Idaho on February 8, 2011.

6. Attached hereto as **Exhibit D**, marked with Bates number PONZO_ID000366, is a true and correct copy of an interior pre-search photograph taken of 6107 Hogg Road in Marsing, Idaho on February 8, 2011.

7. Attached hereto as **Exhibit E**, marked with Bates number PONZO_ID-000296, is a true and correct copy of Steven Uirguen's email to Douglas S. Hart on February 7, 2011.

8. Attached hereto as **Exhibit F**, marked with Bates number PONZO_ID-000232 is a true and correct copy of the photograph, taken by TFO Collin Yates on March 31, 2011, of the lease agreement between Kelly Verceles and Enrico Ponzo.

9. Attached hereto as **Exhibit G**, is a true and correct copy of the lease agreement between Kelly Verceles and Enrico Ponzo.

2 • DECLARATION OF JEFFREY BROWNSON IN SUPPORT OF DEFENDANT ENRICO M. PONZO'S MOTION TO SUPPRESS

10.  Attached hereto as **Exhibit H**, marked with Bates number PONZO_ID-000179, is a true and correct copy of TFO Greg Knapp's Federal Bureau of Investigation report regarding information obtained from Cara Pace on February 7, 2011.

11.  Attached hereto as **Exhibit I**, marked with Bates number PONZO – 00014 through PONZO - 00016, is a true and correct copy of the Search and Seizure Warrant issued on February 8, 2011 for 6107 Hogg Road, Marsing, Idaho.

This ends my Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 21st day of August 2015.

/s/ Jeffrey Brownson

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August 2015, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Christian S. Nafzger
Assistant United States Attorney
Office of the United States Attorney
Washington Group Plaza, IV
800 East Park Blvd., Ste. 600
Boise, ID 83712
christian.nafzger@usdoj.gov


/s/ Jeffrey Brownson

4  •  DECLARATION OF JEFFREY BROWNSON IN SUPPORT OF DEFENDANT ENRICO M. PONZO'S MOTION TO SUPPRESS



DEFENDANT'S
EXHIBIT
A

AFFIDAVIT

Douglas S. Hart, after being duly sworn, deposes and states as follows:

1. I am a Special Agent (SA) in the Federal Bureau of Investigation (FBI), and have been employed as such since September 1995. During my tenure with the FBI, I have been assigned numerous cases involving drug trafficking, violent crime, gangs, and fugitive investigations as they relate to any violation of Federal laws. I am currently assigned as the Coordinator for the Treasure Valley Metro Violent Crime Task Force (TVMVCTF).

2. I am writing this affidavit in support of an application to conduct a search of a residence located at 6107 Hogg Road, Marsing, Idaho. The application seeks authorization to search the main residence and outbuildings at this address, hereinafter referred to as "the Residence." The Residence is fully described in Attachment A of this affidavit, which is attached hereto and incorporated herein by reference.

## FACTUAL BACKGROUND

3. In April 1997, Enrico Ponzo was indicted by a federal grand jury charging him with conspiracy to commit murder,

1

PONZO - 00002

interference with commerce by threats or violence, violent crimes in aid of racketeering, RICO violations, and firearms violations. Many of these charges stem from Ponzo's alleged involvement in the New England La Cosa Nostra in the late 1980s. Ponzo is alleged to belong to one of two warring factions of the Mafia in that region at the time, and is alleged to have participated in the conspiracy to murder and attempted murder of rival faction members.

4.  Since his indictment, Ponzo has been a federal fugitive. For nearly fourteen years, the FBI has been investigating numerous leads regarding Ponzo's whereabouts. Ponzo's wanted poster has been featured throughout the country and on the FBI's website. To date, none of these leads had resulted in Ponzo's capture.

5.  In January 2011, I received information provided by a person who asked to remain anonymous, hereinafter referred to as Cooperating Witness 1 (CW-1). The information provided by CW-1 was that a person who resembled Ponzo was residing at 6107 Hogg Road, Marsing, Idaho. CW-1 stated that the individual who resembled Ponzo used the name Jay Shaw. Based on this tip, SA Hart began making investigative inquiries to corroborate or disprove the information provided.

PONZO - 00003

6.   Through various database searches, SA Hart was able to determine that the residence located at 6107 Hogg Road, Marsing, Idaho, was owned by a female named Cara Pace.  Further inquiries showed that both Jay Shaw and Cara Pace were listed as Director's in the Jump Creek Ranches Water Users' Association, with an address for Pace listed as 6107 Hogg Road, and an address for Shaw listed as 6101 Hogg Road, which I believe to be land adjacent to 6107 Hogg Road.

7.   Additional inquiries with local law enforcement in this region resulted in identifying the individual who resembled Ponzo as Jeffrey John Shaw, also known as Jay Shaw.  Shaw has a valid driver's license out of the State of Arizona, with an address listed in Bullhead City, Arizona.  Shaw had been cited in Nampa, Idaho, by the Nampa Police Department in 2001 for following too closely, and again in August of 2010 by Caldwell Police Department for speeding.

8.   Further database searches on Shaw were conducted with minimal returns from the city of Glendale, Arizona.  Based on my experience and training, I believe that the lack of information regarding Shaw, who purported to be born in 1970, was an indicator of a possible false identity.  Generally, an adult of that age would have numerous references in credit-based databases, which were minimal or non-existent for Shaw.

3

PONZO - 00004

9.  The U.S. Marshals Service obtained an Arizona Drivers Licence photograph for Shaw, which I compared to the photograph of Ponzo on the FBI Wanted Poster.  I found that the subjects of both photographs looked very similar, and shared the same facial features.  Based on looking at the photographs, I believed that there was a high likelihood that Shaw and Ponzo were the same person, and that Ponzo was using the name of Jeffrey John Shaw and Jay Shaw as aliases.

10.  In conjunction with the U.S. Marshals' Fugitive Task Force (USMSFTF), the TVMVCTF made plans to contact Shaw and make a determination of his true identity.  On February 7, 2011, members of the USMSFTF observed Shaw leaving the residence at 6107 Hogg Road, while driving a 2000 blue Saturn, Idaho license plate 2116A.  Shaw stopped the vehicle to visit with another property owner, and at that time was contacted by law enforcement.  Shaw was detained pending fingerprint comparison, and transported to the Ada County Jail in order to take his fingerprints.  The fingerprint comparison was conducted by the Criminal Justice Information Services (CJIS) shortly after Shaw arrived at the Ada County Jail.  The comparison by CJIS confirmed that the prints from Shaw were a match to Ponzo, and that Shaw was merely an alias for Ponzo.  Ponzo was officially placed under

4

PONZO - 00005

arrest for Unlawful Flight to Avoid Prosecution (UFAP) following the fingerprint confirmation.

      11.   At the time that Ponzo was detained, he immediately requested to speak with his attorney, but made reference to having two children.  Officers could observe a playground type structure near the residence.  Officers did not question Ponzo after he asked for an attorney, but did seek some confirmation as to whether or not children would be left behind at the residence while Ponzo was being transported to be fingerprinted.  Ponzo stated that his children were not there.

      12.   In an abundance of caution, Officers from the USMSFTF went to the residence and knocked on the door to verify whether or not anyone, particularly children, were at home.  A television and radio could be heard in the residence, but no one answered the door.  Through one of the windows of the residence near the front door Officers observed a surveillance camera mounted in one of the window sills.  Additionally, through another window a rifle could be clearly seen leaning against the wall of the residence.  After receiving no answer, Officers departed the property.

      13.   Based on my training and experience, I believe that it is a common practice for fugitives and the like to

5

utilize surveillance systems to monitor who may be visiting their residences.  Further, fugitives often possess firearms.

14.  On same date, I requested that the USMSFTF conduct a neighborhood canvas regarding Ponzo.  A total of five neighbors were contacted an interviewed, most of whom had known Ponzo (known to all as Jay Shaw) for between 4-5 years.  All of those neighbors verified that Ponzo was the occupant/owner of 6107 Hogg Road.  Four of the five neighbors described Ponzo as behaving very strangely, and reported that his wife and children had left him within the past few months.  One of the neighbors, Robert Carter and Sheila Tiegs, stated that Ponzo patrolled his property during the day and night on a regular basis.  Further, they stated that Ponzo did not work, and that they have never known him to have a job.

15.  Another neighbor, William Clapier, has known Ponzo (known him as Jay Shaw) for eight years.  Clapier believed that Ponzo was a former military member due to Ponzo's knowledge of firearms.  Ponzo talked with Clapier about firearms, and told Clapier that Ponzo possessed firearms.  In October 2010, Ponzo went target shooting with Clapier and his son.  Ponzo brought an AR-15 assault rifle that he allowed Clapier and his son to shoot.

16.  Based on my training, experience, and the investigation as outlined above, I believe that Ponzo has been

PONZO - 00007

living for several years at his residence at 6107 Hogg Road,
Marsing, Idaho, under the aliases of Jeffrey John Shaw and Jay
Shaw.   I believe that the investigation has established that
Ponzo had a common-law wife, Cara Pace, as I have not been able
to locate any record of marriage.   The neighborhood canvass
interviews have clearly established Ponzo's presence at the
residence for up to the past eight years, along with Pace and two
children.   I have been unable to contact or speak with Pace.

        17.   Further, I believe that Ponzo has been living on
this property, which consists of a main residence, an outbuilding
or garage, and a number of fenced acres, without any visible
means of support.   I could not locate any information to indicate
that Ponzo was employed under the name of Jeffrey John Shaw or
Jay Shaw.

        18.   Further, I believe that Ponzo possesses multiple
firearms.   In October 2010, Ponzo went shooting with a neighbor
and brought an AR-15 style assault rifle.   The rifle observed
through the window of Ponzo's residence is not an AR-15, but a
different rifle or shotgun.

        19.   Based on the above, I believe that probable cause
exists to search Ponzo's residence located at 6107 Hogg Road,
Marsing, Idaho, to look for evidence relating to Ponzo's false
identities, his source of income, and firearms/ammunition.   All

                                   7                    PONZO - 00008

of the kinds or types of evidence relating to these matters are typically maintained at a person's residence for long periods of time.

    A. I believe that documentation would exist within Ponzo's residence to indicate where and how he obtained the alias of Jeffrey John Shaw and/or Jay Shaw, plus any others that he may have created and used in the past. Other documentation might include a birth certificates, social security cards, and the like.

    B. I believe that documentation regarding Ponzo's source of income for the past several years would also exist within the residence. Ponzo has alleged ties to the Mafia in Massachusetts, and has been charged with a number of serious crimes in that state. For the first five years of my career, I was assigned to an Organized Crime Squad, and am familiar with how organized criminal enterprises operate. A person cannot maintain a multi-acre property and residence without a source of income. I believe that Ponzo may have been receiving financial support from organized crime associates, and that evidence of this may exist within the residence.

    C. I believe that Ponzo has firearms stored within the residence. A firearm has been observed by law

PONZO - 00009

enforcement, and a second firearm has been confirmed by a neighbor.  As a federal fugitive from justice, Ponzo has fled interstate to avoid prosecution.  As such, Ponzo is prohibited from possessing a firearm.

20.   In a substantial number of searches executed in connection with fugitive and other types of investigations in which I have been involved, the below listed kinds of evidence has typically been recovered:  (1) books, records, receipts, notes, and other papers relating to alias identities; (2) personal books, computer systems, computer discs, electronic organizers, cellular telephones and papers reflecting names, addresses, telephone numbers, and other contact/identification data relating to the alias identities; (3) Items of personal property which tend to identify the owner of the residence that is the subject of this affidavit, including but not limited to canceled mail, deeds, leases, rental agreements, photographs, video cassette tapes, personal telephone books, diaries, utility and telephone bills, statements, identification documents, and keys; (4) firearms and ammunition, receipts for firearms and ammunition, hunting licenses, and concealed weapon permits.  A list of the items to be searched for and seized is contained in Attachment B, which is attached hereto and incorporated herein by reference.

9

PONZO - 00010

21.   Wherefore, I conclude that based upon the information contained herein, there is probable cause to conduct a search of the residence and outbuildings located at 6107 Hogg Road, Marsing, Idaho.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Special Agent Douglas S. Hart

Subscribed and sworn to before me
this __8th__ day of February 2011.

_____
Candy W. Dale, Chief
United States Magistrate Judge
District of Idaho

PONZO - 00011

10

**ATTACHMENT A**
**DESCRIPTION OF RESIDENCE**

6107 Hogg Road, Marsing, Idaho, is described as a two story wooden structure painted light green in color with white trim. The doors of the residence are painted dark green. The residence has a wooden attached porch that wraps around the side and back of the residence, and the residence has a "walk-out" basement. The address numbers "6107" are located on a sign to the right of the driveway leading up to the residence. Further, there is an outbuilding that is described as a garage or shop. The outbuilding is painted the same color as the residence, with two garage bay doors, and a regular doorway located to the right of the garage bay doors.

11

PONZO - 00012

**ATTACHMENT B**
**LIST OF ITEMS AUTHORIZED TO BE SEARCHED FOR**
**AND SEIZED PURSUANT TO ATTACHED SEARCH WARRANT**


1.   Books, records, receipts, notes, and other papers relating to alias identities

2.   Personal books and papers reflecting names, addresses, telephone numbers, and other contact/identification data relating to the alias identities

3.   Items of personal property which tend to identify the owner of the residence that is the subject of this affidavit, including but not limited to canceled mail, deeds, leases, rental agreements, photographs, video cassette tapes, personal telephone books, diaries, utility and telephone bills, statements, identification documents, and keys

4.   Firearms and ammunition, receipts for firearms and ammunition, hunting licenses, and concealed weapon permits.

PONZO - 00013



FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription     02/15/2011

On January 31, 2011, a Cooperating Witness (CW) provided the following information:

Enrico PONZO has been living near Caldwell, Idaho on a "Hogg Road" under the assumed name of Jeffrey John SHAW. He drives a blue Nissan and a green Dodge pickup. Both vehicles are registered to ███████. ███ and PONZO have two children together.

███ left PONZO with their two children in December of 2010 and moved to Utah where she resides with her parents.

The CW was very concerned for the safety of ███ and her family due to alleged threats PONZO had made to ███. PONZO had allegedly threatened to have ███ and her family killed if he was ever arrested on his criminal arrest warrant.

The CW also stated that he/she believes PONZO is in possession of numerous firearms that he keeps hidden throughout the house and vehicles.

An Accurint check for ███████ showed an address on ███████, Idaho and a mailing address of ███████ Idaho. The records also showed a blue 2000 Saturn with Idaho license plate 2116A, and a green 1999 Dodge 2500 pickup both registered to ███████. Copies of these will be included in a 1A envelope with this report. Copies of PONZOS warrant, wanted poster, and criminal history will also be included in the 1A envelope.

0469fk03.302

Investigation on     1/31/2011     at  Salt Lake City, Utah

File #  4-SU-67552  - 13                          Date dictated _____
        TFO Greg Knappok
by      SA Greg Rogers

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

PONZO_ID-000175

DEFENDANT'S
EXHIBIT
∟



PONZO_ID-0003⁴

DEFENDANT'S
EXHIBIT
D



Untitled Message

Page 1 of 1



Steven Uriguen <span style="background:black">Uriguens@cityoftampa.us</span>

**Sent:** Monday, February 07, 2011 6:43 PM

**To:** Hart, Doug S

---

These are the following people I talked with that are neighbors to Enrico Ponzo that all know him as Jay.

███████████ spoke with Robert Carter and Sheila Tiegs ████████████. They are neighbors to the south of Ponzo. They both advised the neighbor (Jay) is weird and drives around the residence on his 4 wheeler as he is patrolling his property during the day and night on a regular basis. They advised he does not work and have never known him to have a job. They have never seen him hunting or with any type of weapon. They know him as Jay unknown last and do not know him by any other name. Robert was inside of Jay's house 3 or 4 years ago, but did not see anything suspicious. They both advised he is very strange and heard that he was abusive towards his wife. They advised his wife left him and that he had two children. They could not provide any further and do not have any contact with him.

████████████ got no answer did not appear anybody was home. This residence is south of Ponzo's residence.

████████████ this house was vacant. This residence is also to the south of Ponzo's residence.

████████████ this house was vacant. This residence is also to the south of Ponzo's residence.

████████████ this residence is to the south of Ponzo's residence. At this locate spoke to Ron and Carol Kiester ████████████. They know the neighbor as Jay but do not see him hunting. Carol said they have heard shots in the last week in the area, but did not see who was shooting. Ron Kiester said Jay had come to South District Board, which is the irrigation company Ron manages. Jay came into the company regarding water issues, but has never had a problem with Jay. Both of them advised Jay acts weird and they do not have any communication with Jay. The Kiester's could not provide any further information.

6068 S Hogg Road this residence is east of Ponzo's residence. At this location contact was made with Muriel Briggs. Muriel said she knew the neighbor as Jay, but could not remember his last name. Muriel said Jay is weird and acts suspicious. Muriel said approximately 3 or 4 years ago, Jay and his wife came over for dinner, but since that time not much contact with Jay. Muriel said Jay's wife left him and took the children. Muriel has not had any contact with Jay and advised to contact her husband Jim Briggs, who could provide more information on Jay.

A message was left for Jim Briggs at ███████ which is Muriel's husband.

Also during the time of the arrest I spoke to Bob Briggs (███████). Bob was talking with Jay during the arrest. Bob said he knows the neighbor as Jay and Jay was speaking with him today regarding buying some hay. Bob does not associate with Jay and said he is a very unstable subject and has a bad temper. Bob said Jay has gotten worse since Jay's wife left. Bob could not provide any further. Bob lives at the end of Brigg's lane, which is to the northeast of Ponzo's residence.

4-SU-67552-JI

SEARCHED _____   INDEXED _____
SERIALIZED _____   FILED _____

MAR 2 3 2011

FBI - SALT LAKE CITY

① 4-SU-67552

PONZO_ID-000296



DEFENDANT'S
EXHIBIT
F



Lease Agreement

This agreement is between _____
_____ and _____

shall be responsible to pay for the following: power,
irrigation assessments, propane, property tax, and homeowners
insurance. The pasture shall be leased to a suitable lessee
at the cost of the irrigation assessment or $100 per acre,
the pasture rental monies shall be placed in the lessor's
trust account for routine maintenance at the property.
This lease shall be for the duration of the lessor's
incarceration, unless exigent circumstances apply.
The lessor does hereby sublease _____



DEFENDANT'S
EXHIBIT
6

## <u>Lease Agreement</u>

This agreement is between Enrico M. Ponzo AKA Jeffrey John Shaw, the leasor, and Kelly Verceles, the leasee.

The leasor does hereby lease the residence at 6107 Hogg Rd., Marsing, ID 83639 with the legal description of Whispering Heights Subdivision No. 1, lot #3, to the leasee for the rate of $250.00 monthly to be paid to a trust account setup by the leasors Attorney. The leasee shall be responsible to pay for the following; power, irrigation assessments, propane, property tax, and homeowners insurance. The pasture shall be leased to a suitable leasee at the cost of the irrigation assessment or $100 per acre, the pasture rental monies shall be placed in the leasors Trust account for routine maintenance of the property.

This lease shall be for the duration of the leasors incarceration, unless exigent circumstances apply.

The leasor does hereby sublease one room of the residence for storage of his personal property for monies received.

Cara Lyn Pace, or anyone from her family, is not allowed on the before mentioned property without the express written consent of the leasor.


X _Enrico Ponzo_                              X _24 FEB 2011_
Enrico Ponzo AKA Jeffrey John Shaw "the leasor"          dated


X _____                       X _3/6/11_
Kelly Verceles "the leasee"                    dated



FD-302 (Rev. 10-6-95)

- 1 -

### FEDERAL BUREAU OF INVESTIGATION

Date of transcription   02/15/2011

      On February 7, 2011, TFO Greg KNAPP called �these█ and informed her that her estranged common-law spouse had been arrested for an outstanding warrant.  KNAPP informed ████ that a search warrant was being prepared incident to arrest.  KNAPP asked ████ for permission to search the residence.  ████ told KNAPP that she couldn't give permission to search the residence because the residence did not belong to her.  KNAPP also told ████ that there was concern for firearms in the residence.  ████ stated that she had taken all of her personal firearms when she moved out of the house in December.

O46gtk O4.302

Investigation on   2/7/2011   at   Salt Lake City, Utah

File #  4-SU-67552  -12                                  Date dictated

by  TFO Greg Knapp

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.


**DEFENDANT'S EXHIBIT I**

AO 93  (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the
District of Idaho

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

Residence at 6107 Hogg Road, Marsing, Idaho

)
)
)
)
)
)

Case No.  MS - 7014

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Idaho

*(identify the person or describe the property to be searched and give its location):*
Residence located at 6107 Hogg Road, Marsing, Idaho
See Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
unlawful possession of a firearm.
See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____February 18, 2011_____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.         ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____Candy W. Dale, Chief_____  .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*    ☐ for _____ days *(not to exceed 30)*.
                                                   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    _____February 8, 2011    10:35 a.m.____    _____C.W. Dale_____
                                                                                              *Judge's signature*

City and state:    ____Boise, Idaho____                    ____Candy W. Dale, Chief United States Magistrate Judge____
                                                                            *Printed name and title*

PONZO - 00014

**ATTACHMENT A**
**DESCRIPTION OF RESIDENCE**

6107 Hogg Road, Marsing, Idaho, is described as a two story wooden structure painted light green in color with white trim.  The doors of the residence are painted dark green.  The residence has a wooden attached porch that wraps around the side and back of the residence, and the residence has a "walk-out" basement.  The address numbers "6107" are located on a sign to the right of the driveway leading up to the residence.  Further, there is an outbuilding that is described as a garage or shop.  The outbuilding is painted the same color as the residence, with two garage bay doors, and a regular doorway located to the right of the garage bay doors.

PONZO - 00015

ATTACHMENT B
LIST OF ITEMS AUTHORIZED TO BE SEARCHED FOR
AND SEIZED PURSUANT TO ATTACHED SEARCH WARRANT


1.  Books, records, receipts, notes, and other papers relating to alias identities

2.  Personal books and papers reflecting names, addresses, telephone numbers, and other contact/identification data relating to the alias identities

3.  Items of personal property which tend to identify the owner of the residence that is the subject of this affidavit, including but not limited to canceled mail, deeds, leases, rental agreements, photographs, video cassette tapes, personal telephone books, diaries, utility and telephone bills, statements, identification documents, and keys

4.  Firearms and ammunition, receipts for firearms and ammunition, hunting licenses, and concealed weapon permits.

12

PONZO - 00016