ENRICO PONZO #1038219
℅ Ada County Jail
7210 Barrister Dr.
Boise, ID 83704

U.S. COURTS
AUG 25 2015
Rcvd____Filed____Time____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES,<br>Plaintiff,<br>v.<br>ENRICO M. PONZO,<br>Defendant | Case No. 12-cr-00035-S-EJL<br><br>NOTICE OF INTENTION TO RELY ON AN EXPERTS OPINION OF A MENTAL DEFECT (F.R.Cr.P. Rule 12.2(b)) |

NOW COMES Enrico Ponzo, defendant pro se, ("Ponzo") hereby notifies AUSA Christian Nafzgar that the defendant intends to rely upon an experts opinion of Ponzo's mental defects as a defense at the future trial in this matter of the defendant. USDJ Nathaniel M. Gorton in Case No. S-97-cr-40009-NMG has ordered that Ponzo shall be treated for a mental defect by the Bureau of Prisons.

Sincerely,
X_Enrico Ponzo pro se_    Date: August 21, 2015

CERTIFICATE OF SERVICE

I certify, under the penalty of perjury, that a true copy of the above document was served upon AUSA Christian Nafzgar, Office of the U.S. Attorney, Washington Group Plaza IV, 800 East Park Blvd, Suite 600, Boise, ID 83712 via U.S. mail/Postage Prepaid on August 21, 2015. X_Enrico Ponzo pro se_
Enrico Ponzo pro se