Enrico Ponzo #1038219
% Ada County Jail
7210 Barrister Dr.
Boise, ID 83704

October 27, 2015

In re: 12-cr-00035-S-EJL

U.S. COURTS

NOV -2 2015

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

Dear Clerk of Court,

Hi, How are you all? Today I filed two motions that were due today. One is named, "Reply to Government's Memorandum In Response to DEFENDANT'S motion to Dismiss"[FN1] and is seven pages long. The other one is named, "Defendant Ponzo's Reply to Government's Response to motion to Dismiss" and it's 46 pages long. Unfortunately, I am in prison and was rushed to get it prepared for copying and four ~~three~~ pages were misnumbered. I request that you renumber the pages as follows:

| page Now | change to |
|---|---|
| 28 | 26 |
| 29 | 27 |
| 26 | 28 |
| 27 | 29 |

If this is not possible I will gladly resend

[FN1 I did not date the original so here is a corrected copy.]

page 1 of 2

the 46 page motion. Also attached to the motion are Exhibits A through Z that are marked accordingly. I can not call your office due to the fact that I am on discipline and you do not accept my collect calls. I am trying to get the ACT to make (208)334-1361 to no avail, I will need a court order. [yours # a free call] I am awaiting response on Dkt. 45, and my motions for subpoenas, and funds please send ASAP USDJ Lodge rules on them. In a previous letter I inquired about the use of ELMO in court and never received a reply. Can you post pictures on ELMO from a DVD or USB? Do you need a laptop to access ELMO through WIFI or Bluetooth? Are you restricted to paper copies of documents and pictures on ELMO? I have a hearing scheduled on December 3, 2015 and I need answers to these questions please. Also I am aware that my subpoenas are served by the USMS. Do I give them to the USMS or do you? I would appreciate if you could, it would help me immensely. Thank you for your consideration.

Sincerely,
\* Enrico Ponzo pro se    Date: Oct. 27, 2015
Enrico Ponzo pro se

page 2 of 2