Exhibit 1  Case 1:12-cr-00035-EJL  Document 661  Filed 11/16/15  Page 1 of 6

# Ada County Sheriff's Office

## Ada County Jail
### Inmate Grievance Report



Inmate: PONZO ENRICO M     Date: 11/03/2015   Grievance ID: 8389   Location: ADA JAIL/MSU HOUSING/

Grievance Stage: Inmate Review     Grievance Type: Jail     Grievance Desc: Conditions of Confinement

**THE DECISION/ACTION THAT I AM GRIEVING IS:**
Lutz's response to my 10/30/15 IRF regarding USDJ Lodge's 10/27/15 order. Lodge specifically ordered that I am permitted access to a computer 16 hours weekly to review my discovery and draft motions that are to be printed once weekly in the LRC. You also were ordered to allow me use of ACJ books, one hour daily use of Cornell LII/Findlaw at the kiosk. The third PC is not on a network only a printer. I am being denied all of the above.

**I TRIED TO SOLVE THIS PROBLEM BY:**
Informing Lutz and Wasdahl that USDJ Lodege ordered all of the foregoing and that they could be held in contempt of court for not following a court order (18 USC 401, 402)

**THE REASON WHY I FEEL IT SHOULD BE CHANGED IS:**
I am pro se in my federal case and lawsuits against the conditions of confinement at the ACJ. Legal resources is not a privilege that can be lost during discipline it's a right under the U.S. Constitution.

---

Inmate Name: PONZO ENRICO M     Date: 11/03/2015

Received By Staff Member: ROLLER     ADA: SO4327     Date: 11/03/2015     Time: 7:25 am

************************************************ **Received** ************************************************

**The response from the staff member being grieved:**
THE RESPONSE FROM THE STAFF MEMBER BEING GRIEVED: You were advised specifically by Deputy Wasdahl and myself that It was up to you to furnish us a copy of any such order from the courts.
You are allowed access to your paper discovery daily from 8 A.M. to 4 P.M. with the appropriate paper documentation and the numerous Law books that your attorneys have furnished you as well as the two hours weekly while on discipline in the Legal Resource Center.

This issue has been addressed many times   If you continue to grieve this matter you will you will be written up for abuse of the grievance system.

You do have

---

Answered By Staff Member: LUTZ     ADA: SO5462     Date: 11/03/2015     Time: 9:57 am

************************************************ **Response** ************************************************

☐ I accept the Response          ☒ Request an Appeal  EMP

Answered By Staff Member:     ADA:     Date:     Time:

************************************************ **Inmate Review** ************************************************

Printed - Tuesday, November 3, 2015 by: SO4566     Use of Force ID#:

\\countyb\DFSSHARE\INSTALLS\InHouse\Crystal\Analyst4\Sheriff\SHF Jail Grievance.rpt - Modified: 11/01/2012     Page 1 of 2

 

Exhibit 2

# Ada County Sheriff's Office
## Ada County Jail
### Inmate Grievance Report

Inmate: PONZO ENRICO M          Date: 10/31/2015  Grievance ID: 8363  Location: ADA JAIL/MSU HOUSING/
Grievance Stage: Inmate Review          Grievance Type: Jail          Grievance Desc: Conditions of Confinement

THE DECISION/ACTION THAT I AM GRIEVING IS: Tonight Wasdahl informed me that the ACJ will not abide by USOJ Lodge's 9/27/15 order that I receive 16 hours weekly use of a laptop to read/listen to my discovery and draft motions to be printed in the LRC weekly. Then I went on the Kiosk and there is no Colnell LII/find law icon there also in violation of the order

I TRIED TO SOLVE THIS PROBLEM BY: Explaining to Wasdahl that the ACJ will be violating a court order and can be held in contempt of court a violation of 18 USCSS401/402

THE REASON WHY I FEEL IT SHOULD BE CHANGED IS: Wasdahl told me I will be serving the remainder of my 130 days straight on discipline I need these legal for I am prose and have trial feb 3

Inmate Name: PONZO ENRICO M          Date: 10/31/2015

Received By Staff Member: FOX          ADA: SO5012     Date: 10/31/2015     Time: 9:01 pm

*********************************************** Received ***********************************************

The response from the staff member being grieved:
THE RESPONSE FROM THE STAFF MEMBER BEING GRIEVED:
   Mr. Ponzo, you are being allowed daily access to your paper discovery and may request to go to the law library. Telmate has been contacted and is working to restore legal material access to the kiosks. If you feel a court order is being violated please provide classifications with a copy of the order in question from Judge Lodge. While in custody you have shown a blatant disregard for jail rules. Your discipline will not be dismissed simply because you are Pro Se.

Answered By Staff Member: WASDAHL          ADA: SO5055     Date: 11/01/2015     Time: 1:18 pm
*********************************************** Response ***********************************************

☐ I accept the Response                    ☒ I Request an Appeal   EMP

Answered By Staff Member:                   ADA:          Date:          Time:
*********************************************** Inmate Review ***********************************************

Your grievance has been reviewed and I find

Answered By Staff Member:                   ADA:          Date: 01/01/1     Time: 12:00 am
*********************************************** Supervisor Review ***********************************************

Printed - Sunday, November 1, 2015 by: SO5055          Use of Force ID#:

\\countyb\DFSSHARE\INSTALLS\InHouse\Crystal\Analyst4\Sheriff\SHF Jail Grievance.rpt - Modified: 11/01/2012          Page 1 of 1

 Exhibit 3

# Ada County Sheriff's Office
## Ada County Jail
### Inmate Grievance Report



Inmate: PONZO ENRICO M　　　Date: 11/04/2015　Grievance ID: 8397　Location: ADA JAIL/MSU HOUSING/

Grievance Stage: Inmate Review　　　Grievance Type: Jail　　　Grievance Desc: Conditions of Confinement

THE DECISION/ACTION THAT I AM GRIEVING IS: I have sent Telmate 4 electronic Inmate requests to fix the law library link on my account to no avail. I have informed them there is a court order for me to have 1 hour daily access to Cornell LII/Findlaw and they still have not fixed it.

I TRIED TO SOLVE THIS PROBLEM BY: I have sent Telmate 4 electronic Inmate requests to fix the link to Cornell LII/Findlaw to no avail.

THE REASON WHY I FEEL IT SHOULD BE CHANGED IS: Telmate never has issues taking money from my account. They should fix my access to Cornell LII/Findlaw pursuant to USDJ Lodge's 10/27/15 order or get rid of them.

---

Inmate Name: PONZO ENRICO M　　　Date: 11/04/2015

Received By Staff Member: MCCULLOCH　　　ADA: SO5365　　Date: 11/04/2015　　Time: 7:29 pm

*************************************** Received ***************************************

The response from the staff member being grieved:
THE RESPONSE FROM THE STAFF MEMBER BEING GRIEVED: This matter has been addressed in grievance 8363. Continued grieving of this matter may result in discipline action.

---

Answered By Staff Member: MCCULLOCH　　　ADA: SO5365　　Date: 11/04/2015　　Time: 7:36 pm

*************************************** Response ***************************************

☐ I accept the Response　　　☒ I Request an Appeal  EMP

Answered By Staff Member:　　　ADA:　　Date:　　Time:

*************************************** Inmate Review ***************************************

Your grievance has been reviewed and I find:

Answered By Staff Member:　　　ADA:　　Date: 01/01/1　　Time: 12:00 am

*************************************** Supervisor Review ***************************************

Exhibit 4    1716




# Ada County Sheriff's Office
## Ada County Jail
### Inmate Grievance Report

Inmate: PONZO ENRICO M                Date: 11/06/2015  Grievance ID: 8406  Location: ADA JAIL/MSU HOUSING/
Grievance Stage: Inmate Review        Grievance Type: Jail        Grievance Desc: Discipline

THE DECISION/ACTION THAT I AM GRIEVING IS: Dpty Mcelwee's review of inc #201508951 I am being disciplined for grievancing two seerate issues, on 31 OCT 15 Wasdahl informed me the ACJ will no longer allow me to use a laptop to read and listen to my discovery. On 4 NOV 15 I grieved that fact Telmate has not fixed the Cornell LII link in over a month despite 4 electronic IRF'S by me for a month.

I TRIED TO SOLVE THIS PROBLEM BY: Explaining to McCullough and Mcelwee that I am grievancing two seperate issues concerning access to the laptop and Cornell LII. On 27 OCT 15 USDJ Lodge ordered ACJ to provide both of those to me.

THE REASON WHY I FEEL IT SHOULD BE CHANGED IS: I am being disciplined for grievancing ACJ's violation of a Federal court order which is a crime 185USC401,402. I have to exhaust all ACJ grievances. You are violating my rights. Dismiss this ticket.

---

Inmate Name: PONZO ENRICO M                Date: 11/06/2015

Received By Staff Member: MCCULLOCH        ADA: SO5365    Date: 11/06/2015    Time: 5:40 am

********************************************************** **Received** **********************************************************

Exhibit 5

**ADA COUNTY JAIL** — Inmate Request Form  Grunewald

*Only one request per kite. You must put your name on kite in order for it to be answered.*

| Name: Enrico Ponzo pro se | LE# 1038219 | Date: 10/22/15 | Cell/Dorm: HSU 910 |
|---|---|---|---|

ATTN: Inmate / Phone

I am pro se in my federal case. USDJ Edward Lodge ordered that I receive tools for my defense and that I need to contact the court. I am unable to call the Clerks office while on discipline. I need the Clerks office made an Attorney Call numbers. Also my private investigator and psychiatrist for my federal case. PI Quintana 429-6545 Psychiatrist Craig Beaver PHD 336-7972 Clerk of Court Boston 617 7489130 Clerk of Court John Triplett 334-9205 Clerk of Court Elizabeth Smith 334-1976 Court 208-334-1361

*Inmates: Do not write below this line.*

**DEPARTMENT RESPONSE**

| Officer: Sgt. Grunewald 4211 | Ada: | Date Received: 10/23/15 | Date of Response: 10/23/15 |
|---|---|---|---|

SEE ANSWER ON PREVIOUS IRF'S FOR THIS MATTER

Original to I.R.      Inmates are responsible to keep answered forms.

CC: Enrico Ponzo, USDJ Lodge

 

Exhibit 8

# Ada County Sheriff's Office
## Ada County Jail
### Inmate Grievance Report

Inmate: PONZO ENRICO M          Date: 10/10/2015  Grievance ID: 8217   Location: ADA JAIL/HSU INFIRM SC
Grievance Stage: Supervisor Review       Grievance Type: Jail        Grievance Desc: Conditions of Confinement

THE DECISION/ACTION THAT I AM GRIEVING IS:
Stoltenberg's answer to my 10/06/15 IRF to billing. I was never notified I had $6,500 deposit into my account. Since that deposit my friend Atty. Jim Costello deposited $200 on 10/07/15. I need hygiene items and phone time. I tried to put $25 on my phone it was denied. The $6500 has nothing to do with the $200. I have applied for prose funds from the court to be deposited in commissary for legal calls, paralegals, caselaw, copies etc. Unfreeze my account.

I TRIED TO SOLVE THIS PROBLEM BY:
I filed a notice of appeal and am filing a motion to lift restraining order. The restraining order is only good for 14 days 21U.S.C 853 (e) (2). I will litigate the $6500 with the court.

THE REASON WHY I FEEL IT SHOULD BE CHANGED IS:
I need my commissary trust funds. I have $200 and need to purchase phone time and hygiene items and funds for my defense. It is not ACJ's job to collect the $. I can use my funds for whatever I want. Unfreeze them.



INMATE COPY

MSU / 1716

---

Inmate Name: PONZO ENRICO M         Date: 10/10/2015

Received By Staff Member: ROLLER         ADA: SO4327    Date: 10/10/2015    Time: 8:18 am

********************************************** **Received** **********************************************

The response from the staff member being grieved:
THE RESPONSE FROM THE STAFF MEMBER BEING GRIEVED:

Per Sgt. Stoltenberg, you cannot grieve this issue.

Answered By Staff Member: ROLLER          ADA: SO4327   Date: 10/10/2015   Time: 5:00 pm
********************************************** **Response** **********************************************

☐ I accept the Response                    ☑ I Request an Appeal

Answered By Staff Member: ROLLER          ADA: SO4327   Date: 10/10/2015   Time: 5:00 pm
********************************************** **Inmate Review** **********************************************

Your grievance has been reviewed and I find:
The Sheriff's Office complied with the federal court order to freeze assets in your commissary account. As I stated in your Inmate Request Form at the request of our Legal Advisor, if you had any questions about the restraining order to contact the U.S. Department of Justice as we were not a party to the proceeding that produced this Restraining Order.

Answered By Staff Member: STOLTENBERG    ADA: SO4332   Date: 10/31/2015   Time: 1:36 pm
********************************************** **Supervisor Review** **********************************************

Printed - Saturday, October 31, 2015 by: SO4332          Use of Force ID#:
\\countyb\DFSSHARE\INSTALLS\InHouse\Crystal\Analyst4\Sheriff\SHF Jail Grievance.rpt - Modified: 11/01/2012          Page 1 of 1