CASE #: C11-02473
DATE: 02-07-11
OFFICER: Gately 5298

***United States Marshal Fugitive Task Force***

NATURE OF COMPLAINT: Federal Warrant Arrest for Homicide, Conspiracy to Commit Murder, Rico and Drug Charges.

SUSPECT: Enrico Ponzo (07-17-68). A.K.A. Jeffrey John Shaw (12-14-70).

On 01-31-11, F.B.I. Special Agent (S.A.) Doug Hart with the Metro Violent Crimes Task Force requested the assistance of the United States Marshal Greater Idaho Fugitive Task Force.

(S.A.) Hart advised Task Force Officers of a possible location and alias for fugitive Enrico Ponzo. (S.A.) Hart advised that Ponzo was using the alias Jeffrey John Shaw and residing at 6107 Hogg Road in Marsing, Idaho. (S.A.) Hart requested assistance with taking Ponzo into custody and securing a search warrant for Ponzo's residence.

On 02-07-11, Task Force Officers conducted surveillance of Ponzo's residence. At approximately 1530 hours, Ponzo drove a blue 2000 Saturn bearing Idaho license plate 2116A north bound on Hogg Road. Ponzo stopped the vehicle in the roadway near Whispering Heights Road and exited the vehicle to speak with another property owner. Task Force Officers took Ponzo into custody without incident.

Ponzo used the alias Jay Shaw when contacted by Task Force Officers. Ponzo told Officers that he had two children. Ponzo was uncooperative when asked the location of his children. Ponzo requested an Attorney then said his children were not at his residence. Ponzo was transported to the Ada County Jail to be identified by fingerprints. Ponzo's identity was later confirmed.

Task Force Officers (TFO) Uriguen, Hernandez, Gately and Deputy United States Marshal (DUSM) Saari attempted contact at Ponzo's residence to inquire if Ponzo's children were at the residence and to make sure the residence was secure while waiting for a search warrant.

Task Force Officers knocked and announced "police" on every door to the residence and garage. (TFO) Gately could hear music coming from the garage. (TFO) Gately observed a rifle inside the residence, through the double glass doors located on the south side of the residence. The rifle was resting against the living room window on the east side of the residence. (TFO) Gately observed that the television set in the living room was on.

Exhibit A-1

PONZ0_ID-000177

CASE #: C11-02473
DATE: 02-07-11
OFFICER: Gately 5298

***United States Marshal Fugitive Task Force***

NATURE OF COMPLAINT: Federal Warrant Arrest for Homicide, Conspiracy to Commit Murder, Rico and Drug Charges.

SUSPECT: Enrico Ponzo (07-17-68). A.K.A. Jeffrey John Shaw (12-14-70).

On 01-31-11, F.B.I. Special Agent (S.A.) Doug Hart with the Metro Violent Crimes Task Force requested the assistance of the United States Marshal Greater Idaho Fugitive Task Force.

(S.A.) Hart advised Task Force Officers of a possible location and alias for fugitive Enrico Ponzo. (S.A.) Hart advised that Ponzo was using the alias Jeffrey John Shaw and residing at 6107 Hogg Road in Marsing, Idaho. (S.A.) Hart requested assistance with taking Ponzo into custody and securing a search warrant for Ponzo's residence.

On 02-07-11, Task Force Officers conducted surveillance of Ponzo's residence. At approximately 1530 hours, Ponzo drove a blue 2000 Saturn bearing Idaho license plate 2116A north bound on Hogg Road. Ponzo stopped the vehicle in the roadway near Whispering Heights Road and exited the vehicle to speak with another property owner. Task Force Officers took Ponzo into custody without incident.

Ponzo used the alias Jay Shaw when contacted by Task Force Officers. Ponzo told Officers that he had two children. Ponzo was uncooperative when asked the location of his children. Ponzo requested an Attorney then said his children were not at his residence. Ponzo was transported to the Ada County Jail to be identified by fingerprints. Ponzo's identity was later confirmed.

Task Force Officers (TFO) Uriguen, Hernandez, Gately and Deputy United States Marshal (DUSM) Saari attempted contact at Ponzo's residence to inquire if Ponzo's children were at the residence and to make sure the residence was secure while waiting for a search warrant.

Task Force Officers knocked and announced "police" on every door to the residence and garage. (TFO) Gately could hear music coming from the garage. (TFO) Gately observed a rifle inside the residence, through the double glass doors located on the south side of the residence. The rifle was resting against the living room window on the east side of the residence. (TFO) Gately observed that the television set in the living room was on.

4-SL61552-66
SEARCHED_____ INDEXED_____
SERIALIZED__/__ FILED __/__

MAY 2 0 2011

FBI - SALT LAKE CITY

① 4-SU-67552

Exhibit A-1 —OVER—

PONZO_ID-000177

(TFO) Gately observed a security camera mounted in a window sill on the south side of the residence. (TFO) Gately observed what appeared to be a mouse pad with the Glock insignia through a window on the west side of the house.

(TFO) Gately and Hernandez made contact with William Bodie Clapier who resides at ▓▓▓▓▓▓▓▓▓▓. William stated that he has known Ponzo as Jay Shaw for approximately eight years. William believed that Ponzo was former military due to his knowledge of firearms. Ponzo told William that he had firearms. William stated in the month of October 2010, William, his Son and Ponzo went target shooting in Owyhee County. During this incident Ponzo brought a semi automatic rifle with him that William believed to be an AR15. William made the motion of holding a rifle and stated the rifle went boom, boom, boom, boom at a rapid pace.

NOTE: This report is being forwarded to (S.A.) Hart for further investigation.

Exhibit A-2

Enrico Ponzo #1038219
c/o Ada County Jail #1038219
7210 Barrister Dr.
Boise, ID 83704
Defendant pro se

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| UNITED STATES, Plaintiff, v. ENRICO PONZO, Defendant pro se | Case No. 12-cr-0035-S-EJL |
|---|---|

AFFIDAVIT OF ENRICO PONZO IN SUPPORT OF DEFENDANT PONZO'S REPLY TO THE GOVERNMENTS RESPONSE TO MOTION TO SUPPRESS

Enrico Ponzo, defendant pro se, under the pains and penalties for perjury, deposes and states as follows:

1. I am the pro se defendant in the above-entitled case.

2. I make this affidavit in support of the contemporaneously filed Defendant Ponzo's Reply to the Government's Response to motion to suppress ("Reply")

Exhibit A-1

3. No one has ever came to my Residence and entered in any other door than my western facing front door with the large curved steps and doorbell.

4. Trick-or-Treaters on halloween have only knocked on my western facing front door.

5. I saw the same surveillance vehicle on Pershall Rd. near my Residence during the week prior to my arrest as the one that came bearing my arresting officers on 7FEB11.

6. Upon knowledge and belief said surveillance team observed me feeding my cows proving the Residence was a working cattle ranch, and also never observed any children at the Residence.

7. On 7FEB11 I was arrested ~ one mile from my house in front of the Whispering Heights Subdivision. I was then placed in a SUV for ~15 minutes, then two officers and myself departed Marsing, ID and drove ~ one hour to the Ada County Jail in Boise, ID. We arrived at ~5:00pm. I was fingerprinted by optical scanner at ~5:30pm. I was once again fingerprinted by optical scanner at ~6:00pm. At ~6:15 I was fingerprinted by ink pad and fingerprint card.

Exhibit B-2

At ~6:45 pm SA Hart came to my holding cell bearing my wanted poster with my true name and stated to me, "We got you!" I stated back, "Everybody calls me Jay". This proves arresting officers did not learn my true identity for ~three hours after my arrest.

8. On the night of my arrest I called William Bodie Clapier at ~7:00 pm and asked him to feed my cows and dogs. He agreed and then informed me officers were at his residence ~one hour earlier questioning Clapier about me.

9. My keys were taken from me upon my arrest. My vehicle was parked on Jim Brigg's property and I was speaking to Bob Briggs about buying hay. During my arrest I asked officers to give my keys to Bob Briggs so he can take my vehicle they refused.

10. I was arrested with my cell phone and it was kept on my person until I came to the Ada County Jail. If officers asked me I could have called my childrens mother Cara Pace in Utah at work to verify they were in her care in Utah. Officers never asked me further questions after I told them, "My children are in Utah with their mother"

11. The gate on the fence surrounding my house was always kept closed, to keep my free-running dogs safe inside and uninvited visitors out.

Exhibit B-3

the enclosure was necessary to keep my dogs within, due to the fact a neighbor shot my in-law's free running dog several years prior and I did not want a neighbor to shoot my dogs.

12. On 6FEB11 I watched the Super Bowl with Tony Manales and closed the curtains on the french doors and never opened them thereafter.

14. The property tax bill in my name was photographed by SA Hart and can be seen in Exhibit R, That prooves my ownership.

15. In Exhibit Y I own the bed, bed covers, pillows, lamp, alarm clock, dresser, and also I own the ammo can and opaque white plastic bag that was seized on 28MAR11. I also put all the documents in the white bag and closed it securely prior to 28MAR11.

16. I fed my cows several hours before I was arrested with my dodge pickup and hay trailer, like I always did that winter.

17. I signed my previous 2013 affidavit where I aver "My Kids are in Utah with their mother" prior to receiving the Report from CW-1 confirming it.

I hereby certify, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

X Enrico Ponzo pro se     Date: October 26, 2015
Enrico Ronzo, pro se

Exhibit B-4



Exhibit C



Exhibit O



PONZO_25401 (This picture was taken by SA Hart on February 8, 2011. The gate was still closed when Officers executed the search warrant the day after the warrantless search)

Exhibit E