



Exhibit V



Exhibit W



Exhibit X



Exhibit Y

PHONE CALL TRANSCRIPTS

50283 3T2W10ZH 781-595-3721-March 29, 2011-Alexandria Divadkar-( at 1:05) Divadkar : Did you hear what happened yesterday? Ponzo: No. Divadkar : They came with a **search warrant** to the house. Ponzo: Which house? Divadkar : Your house. Ponzo: In, in, in Idaho. Divadkar : In Idaho . Ponzo: For what? Divadkar : …they apparently, um, got, um, a bunch of money that was in a safe in the basement. (at 1:46) Divadkar : I would say 6:00,7:00 p.m.. (at 2:30) Divadkar : They threatened him with, you know, arrest on conspiracy charges and all this stuff. Ponzo: Threatened Kelly. Divadkar : Yea Ponzo: On conspiracy with what? Divadkar : Um, It had something to do with the money. I, guess. They found ,um, the safe in the ,um, basement and, and all this stuff, um, so they found, um, they found a diamond ring, they found a 100 thousand something dollars in cash and coins and gold coins so I don't know… This is just what I heard from Kelly So call Kelly soon as you can.


50283 3T2W10ZS 781-595-3721-March 29, 2011-Milind Divadkar (at 9:32) "Divadkar : Rico, on the **search** is on or before the seventh of April, Ponzo: What's that? Divadkar : On the **search** it says on or before the seventh of April. Ponzo: On or before the seventh of April. Divadkar : Right. Ponzo: Oh, he has the **search warrant**. Divadkar : Yea, on the **search warrant**. Ponzo: He has it. Divadkar : **Those people had the search warrant.** Do you still have the **search warrant** with you? He says yes It's at the house… Ponzo: What did it say on the **affidavit**, do you know? Divadkar : Okay He says it says the, the money then it says about the computers it says all the computers, Rico are you listening Yea .they took all the computers every single piece of electronic and, and they took the diamond ring.

Exhibit Z